AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Interest Rate Swaps Antitrust Litigation ) | |
| ) | |
| ) | Case No. 16-MD-2704 (PAE) |
| This Document Relates To: ALL ACTIONS ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEE ATTACHMENT FOR FULL LIST OF REPRESENTED PARTIES            .

Date:   06/15/2015

/s/ Daniel Slifkin
*Attorney's signature*

Daniel Slifkin--0588
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

dsdlifkin@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*

## ATTACHMENT

## REPRESENTED PARTIES

Morgan Stanley

Morgan Stanley Bank, N.A.

Morgan Stanley & Co. LLC

Morgan Stanley Capital Services LLC

Morgan Stanley Derivative Products Inc.

Morgan Stanley & Co. International plc

Morgan Stanley Bank International Limited