AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In re: Interest Rate Swaps Antitrust Litigation )
)
) Case No. 16-MD-2704 (PAE)
This Document Relates To: ALL ACTIONS )
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEE ATTACHMENT FOR FULL LIST OF REPRESENTED PARTIES .

Date: 06/15/2015

/s/ M. Brent Byars
*Attorney's signature*

M. Brent Byars--
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

mbyars@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*

ATTACHMENT

REPRESENTED PARTIES

Morgan Stanley

Morgan Stanley Bank, N.A.

Morgan Stanley & Co. LLC

Morgan Stanley Capital Services LLC

Morgan Stanley Derivative Products Inc.

Morgan Stanley & Co. International plc

Morgan Stanley Bank International Limited