UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | 16-MD-2704 (PAE) |

### NOTICE OF MOTION TO APPOINT LABATON SUCHAROW LLP AS INTERIM CO-LEAD COUNSEL, OR, IN THE ALTERNATIVE, A MEMBER OF THE EXECUTIVE COMMITTEE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and pursuant to this Court's Order, dated July 18, 2016 (Dkt. No. 54), Plaintiff Genesee County Employees' Retirement System moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, on a date and at a time to be determined by the Court, for an order appointing Labaton Sucharow LLP as interim co-lead counsel or, in the alternative, a member of the executive committee, on behalf of the Class in this action.

Dated: July 22, 2016

Respectfully submitted,

**LABATON SUCHAROW LLP**

/s/ Gregory S. Asciolla
GREGORY S. ASCIOLLA
JAY L. HIMES
DAVID J. GOLDSMITH
KARIN E. GARVEY
ROBIN A. VAN DER MEULEN
MATTHEW J. PEREZ
140 Broadway
New York, NY 10005

2

Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
dgoldsmith@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

*Counsel for Plaintiff Genesee County Employees' Retirement System and the Proposed Class*