UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION | |
| This Document Relates To:<br><br>ALL ACTIONS | INDEX NO. 16-MD-2704 (PAE) |

      PLEASE kindly enter my appearance on behalf of ICAP CAPITAL MARKETS LLC in the above-captioned matter.

      I certify that I have been granted to practice *pro hac vice* in this Court in this matter.

      Papers may be served at the address set forth below.

Dated:  November 4, 2016

                                         <u>s/ Jon Roellke</u>
                                         Jon Roellke, Esq.
                                         Morgan, Lewis & Bockius LLP
                                         1111 Pennsylvania Avenue
                                         Washington, DC 20004-2541
                                         (202) 739-3000
                                         jon.roellke@morganlewis.com