UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION | MDL No. 2704<br>Master Docket No.<br>16 MD 2704 (PAE) |
| This Document Pertains To:<br><br>*ALL CASES* | |

# NOTICE OF DEALER DEFENDANTS' JOINT MOTION
# TO DISMISS ALL CLAIMS

PLEASE TAKE NOTICE that upon the accompanying (i) Dealer Defendants' Memorandum in Support of Their Joint Motion to Dismiss All Claims, dated November 4, 2016, and (ii) Declaration of John S. Playforth dated November 4, 2016 and the exhibits thereto, the undersigned Defendants will move this Court, before the Honorable Judge Paul A. Engelmayer, at the United States Courthouse, Courtroom 1305, 40 Foley Square, New York, New York on a date and time to be determined by the Court, for an Order dismissing all claims with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

November 4, 2016                              Respectfully submitted,

                                                       s/ Robert D. Wick
Robert D. Wick
Andrew D. Lazerow
John S. Playforth
Katharine Mitchell-Tombras
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
alazerow@cov.com
jplayforth@cov.com
kmitchelltombras@cov.com

*Attorneys for Defendants J.P. Morgan Chase & Co.; J.P. Morgan Chase Bank, N.A.; J.P. Morgan Securities LLC; and J.P. Morgan Securities plc*

                                                          s/ Kenneth A. Gallo (on consent) [1]
Brad S. Karp
Julia Tarver-Mason Wood
William A. Clareman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bkarp@paulweiss.com
jwood@paulweiss.com
wclareman@paulweiss.com

Kenneth A. Gallo
Roberto J. Gonzalez
Ravi Romel Sharma
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
rgonzalez@paulweiss.com
rsharma@paulweiss.com

*Attorneys for Defendants Citigroup Inc.;
Citibank, N.A.; Citigroup Global Markets Inc.;
and Citigroup Global Markets Limited*

---

[1] Defendants use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

                                            s/  Margaret M. Zwisler (on consent)
James E. Brandt
Christopher J. Clark
Lawrence E. Buterman
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
james.brandt@lw.com
chris.clark@lw.com
lawrence.buterman@lw.com

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
margaret.zwisler@lw.com

*Attorneys for Defendants Barclays PLC; Barclays Bank plc; and Barclays Capital Inc.*


                                            s/  Adam S. Hakki (on consent)
Adam S. Hakki
Richard F. Schwed
Keith R. Palfin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-4000
ahakki@shearman.com
rschwed@shearman.com
kpalfin@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

        s/ Marshall H. Fishman (on consent)
Marshall H. Fishman
Elizabeth Zito
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
marshall.fishman@freshfields.com
elizabeth.zito@freshfields.com

*Attorneys for Defendants BNP Paribas, S.A. and BNP Paribas Securities Corp.*


        s/ David G. Januszewski (on consent)
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse AG; Credit Suisse Group AG; Credit Suisse Securities (USA) LLC; and Credit Suisse International*

<div style="margin-left: 40%;">

<u>s/ Tracy V. Schaffer (on consent)</u>
Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker
Chicago, IL 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
prender@jonesday.com

*Attorneys for Defendants Deutsche Bank AG
and Deutsche Bank Securities Inc.*

</div>

                    <u>s/  Robert Y. Sperling (on consent)</u>
Robert Y. Sperling
Joseph L. Motto
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-7941
Facsimile:  (312) 558-5700
rsperling@winston.com
jmotto@winston.com

Elizabeth P. Papez
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100
epapez@winston.com

Richard C. Pepperman II
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
peppermanr@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Defendants The Goldman Sachs Group, Inc.; Goldman, Sachs & Co.; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International*

                                                                  s/ Andrew S. Marovitz (on consent)
                                          Andrew S. Marovitz
                                          MAYER BROWN LLP
                                          71 S. Wacker Drive
                                          Chicago, IL 60606-4637
                                          Telephone: (312) 701-7116
                                          Fax: (312) 706-8651
                                          amarovitz@mayerbrown.com

                                          *Attorneys for Defendants HSBC Bank plc; HSBC Bank USA, N.A.; HSBC Securities (USA) Inc.*


                                                   s/ Daniel Slifkin (on consent)
                                          Daniel Slifkin
                                          Michael A. Paskin
                                          CRAVATH, SWAINE & MOORE LLP
                                          825 Eighth Avenue
                                          New York, NY 10019-7475
                                          Telephone: (212) 474-1000
                                          Facsimile: (212) 474-3700
                                          dslifkin@cravath.com
                                          mpaskin@cravath.com

                                          *Attorney for Defendants Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; Morgan Stanley & Co. International plc; and Morgan Stanley Bank International Limited*

        s/ Arthur J. Burke (on consent)
        Arthur J. Burke
        James I. McClammy
        Rebecca L. Martin
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 701-5800
        arthur.burke@davispolk.com
        james.mcclammy@davispolk.com
        rebecca.martin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc; Royal Bank of Scotland plc; and RBS Securities Inc.*

        s/ David C. Bohan (on consent)
        David C. Bohan
        KATTEN MUCHIN ROSENMAN LLP
        525 West Monroe Street
        Chicago, IL 60661
        Telephone:  (312) 902-5200
        Facsimile:  (312) 902-1061
        david.bohan@kattenlaw.com

        Daniel G. Swanson
        GIBSON, DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071
        Telephone:  (213) 229-7000
        Facsimile:  (213) 229-7520
        dswanson@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*