# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Relates to: All Actions | Master Docket No.: 16 MD 2704 (PAE)<br><br>ECF CASE<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANT TRADEWEB MARKETS LLC'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINTS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Declaration of Michael J. Garvey, Defendant Tradeweb Markets LLC, by and through its undersigned counsel, will move this Court, before the Honorable Judge Paul A. Engelmayer, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by this Court, for (i) an Order dismissing all claims with prejudice as to Defendant Tradeweb Markets LLC pursuant to Federal Rule of Civil Procedure 12(b)(6) and (ii) for such other and further relief as the Court may deem just and proper.

Dated: November 4, 2016
 New York, NY

Respectfully submitted,

 /s/ Michael J. Garvey
Michael J. Garvey
Peter Guryan
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mgarvey@stblaw.com
peter.guryan@stblaw.com


Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G Street NW
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
aellis@stblaw.com

*Attorneys for Tradeweb Markets LLC*