```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-15-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------ X

16-MD-2704 (PAE)
16-MC-2704 (PAE)

ORDER NO. 7

PAUL A. ENGELMAYER, District Judge:

Argument on the pending motions to dismiss is scheduled for Tuesday, May 23, 2017, from 9 a.m. to 12 noon, in courtroom 318 of the Thurgood Marshall United States Courthouse. (Note: This courtroom is not Judge Engelmayer's regular courtroom.)

The Court requests that counsel arrive at the courthouse sufficiently in advance to proceed through security such that counsel can check in at the courtroom at least 15 minutes in advance of 9 a.m.

Further, the Court directs counsel to submit a joint letter by Wednesday, May 17, 2017, identifying the lawyer or lawyers whom each side expects to argue and the sequence in which they will speak. Each side is allocated a total of one hour for argument. The Court expects to use the remaining time as circumstances merit.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: May 15, 2017
       New York, New York