# COVINGTON

BEIJING  BRUSSELS  DUBAI  JOHANNESBURG  LONDON
LOS ANGELES  NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

July 19, 2017

**VIA ECF**

The Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-20-17

Re:  **In re: Interest Rate Swaps Antitrust Litigation
16 MD 2704 (PAE)**

Dear Judge Engelmayer:

On January 7, 2016, I filed a Notice of Appearance Pro Hac Vice on behalf of defendant JPMorgan Chase & Co. in the above-captioned case. I respectfully request entry of an order directing the Clerk to remove my appearance from the docket and remove my name from the ECF distribution list as I will be leaving Covington on July 21, 2017 to pursue a clerkship.

My departure will not affect any pending deadlines nor occasion any delays in this action as other Covington attorneys have also appeared in the action and continue to represent JPMC's interests.

Thank you for your consideration.

Sincerely,

Seth A. Mohney

7/20/17

The Clerk of Court is respectfully directed to terminate Mr. Mohney as counsel in this litigation.

**SO ORDERED:**

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE