```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------------ X

16-MD-2704 (PAE)
16-MC-2704 (PAE)

<u>ORDER NO. 17</u>

PAUL A. ENGELMAYER, District Judge:

    At the initial conference in this multi-district litigation, held on July 26, 2016, the Court advised counsel of its intention, once discovery commenced, to have a monthly telephone conference with counsel. The Court held the first such conference Friday, November 17, 2017, at 8 a.m.

    The Court hereby schedules the second such conference for Friday, December 15, 2017, at 9 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

    The Court also advises counsel that, should developments in the case (e.g. intervening conference(s) to resolve discovery disputes) make such a call unnecessary, the Court will postpone this call until January.

    SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: November 21, 2017
       New York, New York