USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/18

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

August 7, 2018

**Via ECF & Email**

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *In re: Interest Rate Swaps Antitrust Litigation*,
            No. 16-MD-2704 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

    We write on behalf of Plaintiff trueEX LLC ("trueEX") in the above-referenced matter. Pursuant to Rule 4.B. of Your Honor's Individual Rules and Practices in Civil Cases and Section 9 of the Stipulated Protective Order [Dkt. No. 300], trueEX respectfully seeks leave to publicly file a redacted version of its Amended Complaint, which was served in unredacted form on all other parties this evening. The trueEX Amended Complaint contains references to documents produced by Defendants that have been designated as "confidential" and "highly confidential." Although trueEX questions the validity of certain of these designations and reserves all rights with respect thereto, at this time trueEX proposes to redact such information from its publicly filed Amended Complaint and file an unredacted copy of such Amended Complaint under seal in accordance with Section 9 of the Stipulated Protective Order.

    trueEX respectfully requests that the Court grant trueEX permission to publicly file the accompanying redacted version of its Amended Complaint. We also respectfully request that the Court relieve us of the requirement that we include physical signatures, as opposed to electronic signatures, on the Amended Complaint to be filed under seal.

8/8/18

Respectfully submitted,

*/s/ William A. Maher*

William A. Maher

Granted. The Court hereby authorizes TrueEx to file its amended complaint as redacted, and to file an unredacted version under seal.

Atts.
cc: All Counsel of Record (by email with attachments)

**SO ORDERED:**

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE