**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

August 9, 2018

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
40 Foley Square, Room 2201, New York, New York 10007

Re:     *In re: Interest Rate Swaps Antitrust Litigation*, No. 16-MD-2704 (PAE)
        *This Document Relates to All Actions*

Dear Judge Engelmayer:

        We write on behalf of Plaintiffs.  The parties have reached an impasse regarding Plaintiffs' request that Defendants revise their privilege logs with more detailed descriptions of the purportedly privileged subject matter, and we plan to file a letter seeking judicial resolution of the dispute.  The letter attaches and discusses Defendants' privilege logs, which have been designated "confidential" and "highly confidential" by Defendants under the Parties' stipulated protective order (Doc. No. 300), and therefore must be filed under seal in accordance with Section 9 of the protective order.  Consistent with the Court's Individual Rules and Practices in Civil Cases 4.B, we are contemporaneously transmitting to Chambers and defense counsel a copy of the letter with our proposed redactions, as well as the exhibit.  Specifically, we request leave to file the letter to the Court (which references the privilege logs produced by Defendants) in redacted form, and to file Exhibit A (which consists of excerpts from Defendants' privilege logs) entirely under seal.

        We also respectfully request that the Court relieve us of the requirement that we include physical signatures – as opposed to electronic signatures – on the letter to be filed under seal.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett
Co-Lead Counsel for Plaintiffs

cc:     All counsel (via ECF)