# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3916
epstephens@jonesday.com

August 17, 2018

VIA HAND DELIVERY & E-MAIL

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re Interest Rate Swaps Antitrust Litig.*, No. 16-MD-2704 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

We write on behalf of Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively "Deutsche Bank") pursuant to Order No. 42 (ECF No. 481) to provide the Court with each underlying document referenced in the excerpt of Deutsche Bank's privilege log included in Exhibit A to Plaintiffs' letter of August 9, 2018. Those documents are provided *ex parte* as Exhibits A-E to this letter as described below. In order to assist the Court's review, DB is also submitting a cover email that informed the claim of privilege for one of the documents.

| Exhibit | DB Log Entry | Document ID | Included Cover Email |
|---|---|---|---|
| A | 235 | DIA_002_1_00004776-0684-1 | DIA_002_1_00004776-0684 (DB Priv. Log Entry No. 234) |
| B | 1198 | HAS_001_1_00000002-0114 | N/A |
| C | 2700 | MUA_003_1_00000016-09354 | N/A |
| D | 4588 | GOS_007_1_00003009-3398 | N/A |
| E[1] | 12344 | HIJ_005_1_00000032-6226 | N/A |

We are happy to address any questions the Court may have.

---

[1] As indicated in the excerpted privilege log entry, Deutsche Bank will produce this document in redacted form; however, the production set containing this document remains in process and has not yet been provided to Plaintiffs. Pursuant to the Court's order, DB's submission includes both the fully unredacted document and the redacted document as it will be produced to Plaintiffs.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Judge Engelmayer
August 17, 2018
Page 2

                              Respectfully submitted,

                              */s/ Eric P. Stephens*

                              Eric P. Stephens

cc:     All Counsel (*via e-mail and without Exhibits*)