# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 14, 2019

By ECF

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY  10007

Re:  *In re Interest Rate Swaps Antitrust Litig.*, No. 16-md-2704 (S.D.N.Y.)

Dear Judge Engelmayer:

We represent defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P., and Goldman Sachs International in the above-referenced matter, and submit this letter on behalf of all defendants to request permission to use the same service and redaction protocol that the parties are following for plaintiffs' motion for class certification for defendants' *Daubert* motion directed at the expert report and testimony of Dr. Grinblatt. *See* ECF No. 522 at 1 n.1; ECF No. 805 at 1.  Under that protocol, defendants will serve a copy of their opening brief and supporting documents on lead counsel for all parties on June 18, 2019, and send an electronic courtesy copy to the Court the same day.  Defendants will then work with plaintiffs' counsel to ensure that confidential data and information in the brief and supporting documents are identified and, as appropriate, redacted before publicly filing the materials on the docket on June 25, 2019.  Plaintiffs consent to this request.

If satisfactory to the Court, defendants respectfully request that the Court so-order this letter.

Sincerely,

*s/ Richard C. Pepperman II*

Richard C. Pepperman II

cc:     All Counsel of Record (by ECF)