```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE:                                                             :
                                                                   :    16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION   :    16-MC-2704 (PAE)
                                                                   :
*This Document Relates to All Actions*                  :    NOTICE
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

    The Court has received the supplemental corporate disclosure statement filed on August 2, 2019, by defendants Bank of America, N.A., and affiliates, to the effect that Berkshire Hathaway, Inc., has recently become a beneficial owner of greater than 10% of Bank of America's outstanding common stock. Dkt. 837. This notification appears to have been based on a filing by Berkshire Hathaway with the SEC in late July that disclosed its increased stake.

    I wish to notify counsel that, insofar as my family owns stock in Berkshire Hathaway, I am in the process of determining what action, if any, on my part is required under law and the Judicial Code of Conduct.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 15, 2019
       New York, New York