August 23, 2019

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *In re: Interest Rate Swaps Antitrust Litigation*, No. 16-MD-2704 (PAE)
        *This Document Relates To All Actions*

Dear Judge Engelmayer:

Counsel for Plaintiffs and Defendants jointly submit this letter to correct a statement from the joint letter filed on August 13 (Dkt. No. 840). That letter incorrectly noted that the parties' joint submission regarding Defendants' IRS pricing algorithms is due on September 9, 2019, when, instead, the correct date is actually September 11, 2019 (7 business days after the Reiss expert deposition), as per the Court's Order No. 75 (Dkt. No. 833).

Respectfully submitted,

/s/ Daniel L. Brockett                                /s/Adam S. Hakki (on consent)[1]
Daniel L. Brockett on behalf of              Adam S. Hakki
Counsel for Plaintiffs                              Defendants' Liaison Counsel

---

[1]   Electronic signature provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.