# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | BRIAN T. MARKLEY | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ROSS E. STURMAN |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | (202) 862-8900 | MICHAEL J. OHLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | | DAVID R. OWEN | ANTHONY K. TAMA |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | SEAN P. TONOLLI |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | HERBERT S. WASHER |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | | THORN ROSENTHAL | COREY WRIGHT |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JONATHAN J. FRANKEL | JOEL H. LEVITIN | | | |

* ADMITTED IN DC ONLY

(212) 701-3154

October 7, 2019

Re:   *In re: Interest Rate Swaps Antitrust Litigation, No. 16-MD-2704*

Dear Judge Oetken,

We write on behalf of defendants in the above-referenced litigation, pursuant to the Court's Individual Rule 3.C. As indicated in the letter submission earlier today (ECF 854), defendants are actively engaged with the New York Times Company in efforts to reach an amicable resolution regarding the public disclosure of judicial filings in this litigation. While these efforts continue, defendants respectfully request an adjournment from October 15, 2019 to November 15, 2019 for the deadline for submitting proposed redactions to plaintiffs' reply brief in support of their motion for class certification and related filings. *See* ECF 849.

No prior request for an adjournment has been made. Plaintiffs do not oppose this request. If satisfactory to the Court, defendants respectfully request that the Court so-order this letter.

Respectfully submitted,

/s/ Jason M. Hall

Jason M. Hall

VIA ECF

The Honorable J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, Room 2101
40 Foley Square
New York, New York 10007