**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Pertains To:<br><br>ALL CLASS ACTION CASES | Case No.  16-MD-2704 (JPO)<br><br>Hon. J. Paul Oetken |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF**
**THE SETTLEMENT AGREEMENT WITH CREDIT SUISSE**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the

Declaration of Daniel L. Brocket and the exhibits attached thereto, and the record herein,

Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the

Honorable J. Paul Oetken, United States District Judge for the Southern District of New York,

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at

a date and time to be determined by this Court, for entry of the proposed order preliminarily

approving the Settlement Agreement between Plaintiffs and Credit Suisse Group AG, Credit

Suisse AG, Credit Suisse Securities (USA) LLC, and Credit Suisse International pursuant to

Rule 23 of the Federal Rules of Civil Procedure, certifying the Settlement Class, and appointing

Class Counsel and Class Representatives for the Settlement Class.  This [Proposed] Preliminary

Approval Order has been agreed to by Plaintiffs and the Defendants Credit Suisse Group AG,

Credit Suisse AG, Credit Suisse Securities (USA) LLC, and Credit Suisse International, and

consists of:

(1)     preliminarily approving the settlement set forth in the Settlement Agreement;

(2)        preliminarily certifying the following Settlement Class for purposes of settlement only:

All Persons or entities who, directly or through an agent, entered into one or more U.S. IRS Transactions[1] with any Defendant[2] during the Settlement Class Period.[3] Excluded from the Class are Defendants, their co-conspirators, should any exist, whether or not named in the Amended Complaint, and their officers, directors, management, employees, and current subsidiaries or affiliates.  Also excluded are any entities registered as "swap" dealers with the Commodity Futures Trading Commission ("CFTC") during the Class Period, the United States Government, and all of the Released Credit Suisse Parties,[4] provided, however, that Investment Vehicles[5] shall not be excluded from the definition of the Settlement Class;

(3)        preliminarily appointing Quinn Emanuel Urquhart & Sullivan, LLP, and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the Settlement Class;

(4)        preliminarily appointing Plaintiffs as class representatives for the Settlement Class;

---

[1] "U.S. IRS Transaction" means a fixed-for-floating, floating-for-fixed, or floating-for-floating interest rate swap, forward rate agreement, single-currency basis swap, or overnight index swap executed in the United States or its territories.

[2] "Defendants" means any and all parties named as defendants in the Fourth Amended Class Action Complaint, dated March 22, 2019, and/or in any further amended complaint or pleading filed in this Action.

[3] "Settlement Class Period" means the period January 1, 2008 through the Execution Date of the Settlement Agreement.

[4] "Released Credit Suisse Parties" mean Settling Defendants and each of their respective past or present direct and indirect parents (including holding companies), subsidiaries, affiliates, associates (all as defined in SEC Rule 12b-2, promulgated pursuant to the Securities Exchange Act of 1934, as amended), divisions, joint ventures, predecessors, successors, and each of their respective past, present and future officers, directors, managers, members, partners, shareholders, insurers, employees, agents, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns, and the predecessors, successors, heirs, executors, administrators, and assigns of each of the foregoing.

[5] "Investment Vehicles" means any investment company or pooled investment fund, including, but not limited to: (i) mutual fund families, exchange-traded funds, fund of funds and hedge funds, in which a Defendant has or may have a direct or indirect interest, or as to which its affiliates may act as an investment advisor, but of which a Defendant or its respective affiliates is not a majority owner or does not hold a majority beneficial interest, and (ii) any Employee Benefit Plan as to which a Defendant or its affiliates acts as an investment advisor or otherwise may be a fiduciary.

(5)     ordering that Plaintiffs shall, at a later practicable date, submit for the Court's approval a proposed Plan of Allocation of the Settlement Amount and a proposed notice plan;

(6)     preliminarily approving Epiq Class Action & Claims Solutions, Inc. as Settlement Administrator, the Huntington National Bank as Escrow Agent, and preliminarily approving certain administrative expenses to be paid as agreed to by the parties in the Settlement Agreement;

(7)     preliminarily approving the establishment of escrow accounts under the Settlement Agreement as Qualified Settlement Funds;

(8)     staying all proceedings in the action with respect to the Settling Defendants; and

(9)     granting such other and further relief as the Court deems just and proper.


Dated:  February 11, 2022                              Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**                 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:   /s/ Michael B. Eisenkraft                        By:   /s/ Daniel L. Brockett
J. Douglas Richards                                    Daniel L. Brockett
Michael B. Eisenkraft                                  Sascha N. Rand
Sharon K. Robertson                                    Steig D. Olson
Christopher J. Bateman                                 Steven M. Edwards
88 Pine Street, 14th Floor                             Justin Reinheimer
New York, New York 10005                               David LeRay
Telephone: (212) 838-7797                              Will Sears (*pro hac vice*)
Fax: (212) 838-7745                                    Maxwell Deabler-Meadows
drichards@cohenmilstein.com                            51 Madison Avenue, 22nd Floor
meisenkraft@cohenmilstein.com                          New York, New York 10010-1601
srobertson@cohenmilstein.com                           Telephone: (212) 849-7000
cbateman@cohenmilstein.com                             Fax: (212) 849-7100
                                                       danbrockett@quinnemanuel.com
Carol V. Gilden (*pro hac vice*)                       sascharand@quinnemnuel.com
190 South LaSalle Street, Suite 1705                   steigolson@quinnemanuel.com
Chicago, IL 60603                                      stevenedwards@quinnemanuel.com
Telephone: (312) 357-0370                              justinreinheimer@quinnemanuel.com
Fax: (312) 357 0369                                    davidleray@quinnemanuel.com
cgilden@cohenmilstein.com                              willsears@quinnemanuel.com
                                                       maxmeadows@quinnemanuel.com
Steven J. Toll (*pro hac vice*)
Kit A. Pierson (*pro hac vice*)                        Jeremy D. Andersen (*pro hac vice*)
Julie Goldsmith Reiser (*pro hac vice*)                865 South Figueroa Street, 10th Floor

Brent W. Johnson (*pro hac vice*)
Daniel H. Silverman (*pro hac vice)*
Robert W. Cobbs (*pro hac vice*)
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408 4600
Fax: (202) 408 4699
stoll@cohenmilstein.com
kpierson@cohenmilstein.com
jreiser@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
rcobbs@cohenmilstein.com

*Interim Co-Lead Counsel and Attorneys for
Public School Teachers' Pension and
Retirement Fund of Chicago and Los
Angeles County Employees Retirement
Association*

**JACOBS BURNS ORLOVE &
HERNANDEZ**

Joseph M. Burns
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
Telephone: (312) 327-3446
Fax: (312) 580-7175
jburns@jbosh.com

*Attorneys for Public School Teachers'
Pension and Retirement Fund of Chicago*

**LABATON SUCHAROW LLP**

Gregory S. Asciolla
David J. Goldsmith
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
140 Broadway
New York, New York 10006
Telephone: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
dgoldsmith@labaton.com

Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

*Interim Co-Lead Counsel and Attorneys for
Public School Teachers' Pension and
Retirement Fund of Chicago and Los Angeles
County Employees Retirement Association*

**SUSMAN GODFREY L.L.P.**

William Christopher Carmody
Arun Subramanian
Seth Ard
Cory Buland
Elisha B. Barron
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
cbuland@susmangodfrey.com
ebarron@susmangodfrey.com

*Attorneys for Mayor and City Council of
Baltimore*

kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

*Attorneys for Genesee County Employees'*
*Retirement System*