UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION

This Document Pertains to:

*Kansas City, Missouri Employees' Retirement System v. Bank Of America Corporation et al., No. 1:16-cv-04005-PAE (S.D.N.Y.)*

MDL No. 2704
Master Docket No. 16 MD 2704 (JPO)

## NOTICE OF WITHDRAWAL OF BONNY E. SWEENEY AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that the undersigned, Scott A. Martin, hereby requests the Court's leave to withdraw Bonny E. Sweeney, as counsel for Plaintiff Kansas City, Missouri Employees' Retirement System, in the above-captioned proceeding.

The requirements of Local Rule 1.4 are met. The reason for this withdrawal is that, as of July 15, 2022, Bonny E. Sweeney is no longer associated with Hausfeld LLP. I will continue to be counsel of record for Plaintiff Kansas City, Missouri Employees' Retirement System, and accordingly no delay or prejudice to any party will result from Bonny E. Sweeney's withdrawal.

Dated: August 31, 2022

Respectfully submitted,
*/s/ Scott Martin*
Scott Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
smartin@hausfeld.com

**SO ORDERED**

Dated: _____, 2022

                                                      Honorable J. Paul Oetken
                                                      United States District Judge