UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>*This Document Relates To All Class Action Cases* | Case No.   16-MD-02704 (JPO)<br><br>Hon. J. Paul Oetken |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Quinn Emanuel Urquhart & Sullivan, LLP's motion, pursuant to Local Rule 1.4, for leave to withdraw the appearance of Serafina Concannon as one of the attorneys for Plaintiff Public School Teachers' Pension and Retirement Fund of Chicago, and to remove Serafina Concannon from the CM/ECF service list for this action, is GRANTED.

SO ORDERED THIS 9th day of January, 2023 by:

_____
J. PAUL OETKEN
United States District Judge