KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900
FACSIMILE:
(202) 326-7999

February 3, 2023

*Via ECF*

Hon. J. Paul Oetken
United States District Court, Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

    Re:    *In re Interest Rate Swaps Antitrust Litig.*, No. 16-md-2704-JPO (S.D.N.Y.);
            *trueEX LLC v. Bank of Am. Corp., et al.*, No. 18-cv-5361-JPO (S.D.N.Y.)

Dear Judge Oetken:

    I write on behalf of plaintiff trueEX LLC in the above-captioned litigation regarding the motion for class certification filed by Plaintiffs Chicago Teachers and Los Angeles County Pension Fund (ECF No. 722). That motion has been ripe for some time, during which trueEX has been unable to advance its individual case because it is consolidated into the MDL (ECF No. 14). Any guidance on status that the Court may choose to provide would be greatly appreciated. None of the other plaintiffs in the MDL join this letter.

    Respectfully submitted,

    Michael J. Guzman
    KELLOGG, HANSEN, TODD,
      FIGEL & FREDERICK, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 326-7900

    *Attorney for Plaintiff trueEX*

cc:    Counsel of Record (via ECF)