UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
IN RE:                                                :
                                                      :         16-MD-02704 (JPO)
INTEREST RATE SWAPS ANTITRUST LITIGATION              :         Hon. J. Paul Oetken
                                                      :
*This document Relates to Public School Teachers' Pension*  :
*and Retirement Fund of Chicago et al., v. Bank of America* :
*coproration, et al. No. 1:15-cv-9319(PAE)*           :
---------------------------------------------------------------------- X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern District of New York, Arun Subramanian respectfully moves this Court for an order granting leave to withdraw as counsel for Mayor and City Council of Baltimore counsel for the Public School Teachers' Pension and Retirement Fund of Chicago ("City of Baltimore") in the above-referenced action. In connection with this motion, Susman Godfrey L.L.P. also requests that the Clerk of the Court remove Mr. Subramanian's name from the CM/ECF service list for this matter.

As set forth in the accompanying Declaration, Mr. Subramanian will no longer be affiliated with Susman Godfrey L.L.P. City of Baltimore will continue to be represented in this case by its other attorneys of record from this firm, and thus no prejudice will occur. A proposed order is attached to this motion.

Dated: March 21, 2023
New York, New York

SUSMAN GODFREY, L.L.P.

By: /s/ Arun Subramanian
Arun Subramanian
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Phone: (212) 336-8330
Fax: (212) 336-8340
asubramanian@susmangodfrey.com

*Attorneys for Mayor and City Council of Baltimore*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I caused the foregoing Motion to Withdraw as Counsel to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

                                                            /s/ *Arun Subramanian*
                                                            Arun Subramanian