UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Pertains To:<br><br>ALL CLASS ACTION CASES | Case No.   16-MD-2704 (JPO)<br><br>Hon. J. Paul Oetken |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE NEW SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Daniel L. Brocket and the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for entry of the proposed order preliminarily approving the New Settlement Agreement pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying the Settlement Class, and appointing Class Counsel and Class Representatives for the Settlement Class.  This [Proposed] Preliminary Approval Order has been agreed to by Plaintiffs and the Newly Settling Defendants, and consists of:

(1)   preliminarily approving the settlement set forth in the New Settlement Agreement;

(2)   preliminarily certifying a Settlement Class for purposes of settlement only;

(3)   preliminarily appointing Quinn Emanuel Urquhart & Sullivan, LLP, and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the Settlement Class;

(4) preliminarily appointing Plaintiffs as class representatives for the Settlement Class;

(5) ordering that Plaintiffs shall, at a later practicable date, submit for the Court's approval a proposed Plan of Allocation of the Settlement Amount and a proposed notice plan;

(6) preliminarily approving Epiq Class Action & Claims Solutions, Inc. as Settlement Administrator, the Huntington National Bank as Escrow Agent, and preliminarily approving certain administrative expenses to be paid as agreed to by the parties in the New Settlement Agreement;

(7) preliminarily approving the establishment of escrow accounts under the New Settlement Agreement as Qualified Settlement Funds;

(8) staying all proceedings in the action with respect to the Newly Settling Defendants; and

(9) granting such other and further relief as the Court deems just and proper.

Dated: June 27, 2024                                         Respectfully submitted,

| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By:    /s/ Michael B. Eisenkraft | By:    /s/ Daniel L. Brockett |
| Michael B. Eisenkraft | Daniel L. Brockett |
| Sharon K. Robertson | Sascha N. Rand |
| Christopher J. Bateman | Steig D. Olson |
| 88 Pine Street, 14th Floor | David LeRay |
| New York, New York 10005 | Will Sears (*pro hac vice*) |
| Telephone: (212) 838-7797 | Maxwell Deabler-Meadows |
| Fax: (212) 838-7745 | 51 Madison Avenue, 22nd Floor |
| meisenkraft@cohenmilstein.com | New York, New York 10010-1601 |
| srobertson@cohenmilstein.com | Telephone: (212) 849-7000 |
| cbateman@cohenmilstein.com | Fax: (212) 849-7100 |
|  | danbrockett@quinnemanuel.com |
| Carol V. Gilden (*pro hac vice*) | sascharand@quinnemnuel.com |
| 190 South LaSalle Street, Suite 1705 | steigolson@quinnemanuel.com |
| Chicago, IL 60603 | davidleray@quinnemanuel.com |
| Telephone: (312) 357-0370 | willsears@quinnemanuel.com |
| Fax: (312) 357 0369 | maxmeadows@quinnemanuel.com |
| cgilden@cohenmilstein.com |  |
|  | Jeremy D. Andersen (*pro hac vice*) |
| Steven J. Toll (*pro hac vice*) | 865 South Figueroa Street, 10th Floor |
| Julie Goldsmith Reiser (*pro hac vice*) | Los Angeles, California 90017 |

2

Brent W. Johnson (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Robert W. Cobbs
1100 New York Ave NW, Suite 500
Washington, DC 20005
Telephone: (202) 408 4600
Fax: (202) 408 4699
stoll@cohenmilstein.com

jreiser@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
rcobbs@cohenmilstein.com

*Interim Co-Lead Counsel and Attorneys for Public School Teachers' Pension and Retirement Fund of Chicago and Los Angeles County Employees Retirement Association*

Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

*Interim Co-Lead Counsel and Attorneys for Public School Teachers' Pension and Retirement Fund of Chicago and Los Angeles County Employees Retirement Association*

**SUSMAN GODFREY L.L.P.**

William Christopher Carmody
Seth Ard
Cory Buland
Elisha B. Barron
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
sard@susmangodfrey.com
cbuland@susmangodfrey.com
ebarron@susmangodfrey.com

*Attorneys for Mayor and City Council of Baltimore*