UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------

IN RE: INTEREST RATE SWAPS
ANTITRUST LITIGATION            Plaintiff,        Case No. 1:16-md-02704-JPO

-against-

                                Defendant.
-----------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending            ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Maxwell Paden Deabler-Meadows**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
    ☑  An attorney
    ☐  A Government Agency attorney
    ☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan LLP
             FIRM ADDRESS: 51 Madison Avenue, New York, New York 10010
             FIRM TELEPHONE NUMBER: (212) 849-7000
             FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan LLP
             FIRM ADDRESS: 295 Fifth Avenue New York, New York 10016
             FIRM TELEPHONE NUMBER: (212) 849-7000
             FIRM FAX NUMBER:

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/11/2024                    /s/Maxwell Deabler-Meadows
                                     ATTORNEY'S SIGNATURE