UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | No. 16 MD 2704 (JPO) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Erika Hoglund, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants The Goldman Sachs Group, Inc.; Goldman Sachs & Co. LLC, f/k/a Goldman, Sachs & Co.; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, L.P.; and Goldman Sachs International in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 23, 2025

Respectfully submitted,

s/ Erika Hoglund

Erika Hoglund
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (628) 432-5139
Fax: (628) 232-3131
ehoglund@paulweiss.com

*Attorney for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, f/k/a Goldman, Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets L.P., and Goldman Sachs International*