**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*trueEX LLC v. Bank of America Corporation, et al.*, 18-cv-5361 | Case No. 1:16-MD-2704-JPO<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff trueEX LLC in the above-captioned proceeding.

Dated:  New York, New York
April 22, 2025

BOIES SCHILLER FLEXNER LLP

By:   /s/ *David Boies*
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 749-8300
dboies@bsfllp.com

*Counsel for Plaintiff trueEX LLC*